

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Olga **HURON** and Dianna Rico,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellees' brief was due on November 21, 2019.  *See* TEX. R. APP. P. 38.6(b).  To date, no Appellees' brief or motion for extension of time has been filed.

If Appellees wish to file a brief in this appeal, Appellees are hereby ORDERED to file within TEN DAYS of the date of this order (1) Appellees' brief and (2) a reasonable explanation for failing to timely file the brief.  *See id.* R. 38.6(d).  If Appellees wish the response to serve as a motion for extension of time, the response must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules.  *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

If Appellees fail to file an adequate response within TEN DAYS of the date of this order, the appeal will be set for submission without Appellees' brief.  *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in Appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court